UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYCHAL OWENS,

                Plaintiff,

    v.

JOHN DOE, et. al.,

                Defendant.

CASE NO. C17-1027 JCC-BAT

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Mychal Owens, proceeding *pro se* and *in forma pauperis* in this civil rights action filed two motions to appoint counsel. Dkt. 6; Dkt. 13. For the following reasons, the Court **DENIES** the motions **without prejudice**.

Generally, a person has no right to counsel in a civil action. *See Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998). The Court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1), but only under "exceptional circumstances." *Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). When determining whether "exceptional circumstances" exist, the Court considers "the likelihood of success on the merits as well as the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). At this early point, the complaint presents insufficient evidence indicating that there is a likelihood of success on the

ORDER DENYING MOTION TO APPOINT COUNSEL - 1

merits. Mr. Owens therefore has not presented exceptional circumstances that would justify the appointment of counsel at this time. Accordingly, the Court **DENIES** Mr. Owens' motions to appoint counsel **without prejudice**. Dkt. 6; Dkt. 13. The Clerk shall send a copy of this Order to Mr. Owens.

DATED this 8th day of September, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION TO APPOINT
COUNSEL - 2