# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MYCHAL OWENS,

                Plaintiff,

v.

JOHN DOE, et. al.,

                Defendant.

CASE NO. C17-1027 JCC-BAT

**ORDER GRANTING EXTENSION**

On October 27, 2017, Mychal Owens filed a motion for extension of time to complete discovery. Dkt. 17. Defendants do not oppose this motion. Dkt. 18. Accordingly, it is

**ORDERED:**

1. The deadline to complete discovery is extended from December 10, 2017 to **January 9, 2018.**

2. The deadline to file and serve dispositive motions is extended from January 9, 2018 to **February 9, 2018.**

3. The Clerk shall send a copy of this Order to all parties.

DATED this 14th day of November, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING EXTENSION - 1