# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MYCHAL OWENS,

    Plaintiff,

v.

JOHN DOE, et al.,

    Defendants.

CASE NO. C17-1027-JCC-BAT

**ORDER DENYING MOTION TO TEMPORARILY APPOINT COUNSEL**

Plaintiff Mychal Owens has filed a motion to temporarily appoint counsel for the purpose of securing witness declarations. Dkt. 27. The Court hereby **DENIES** the motion **without prejudice**.

Mr. Owens states that because he is in Department of Corrections custody, he is unable to get specific information or locations for witnesses and cannot serve or contact witnesses directly. He further states that he is unable to access the legal library or legal information, is housed in a psychiatric in-patient facility with limited resources, and has mental health issues. As the Court has noted in denying Mr. Owens's previous requests for counsel, the Court may appoint counsel for indigent civil litigants only under exceptional circumstances. *Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). The Court again finds that Mr. Owens has not presented exceptional circumstances that would justify the appointment of counsel, even on a

1 | temporary or limited basis. To the extent Mr. Owens identifies difficulties with the discovery
2 | process, Mr. Owens must seek to confer with the defendants and, if the issue cannot be resolved,
3 | file a motion related to the discovery issue.
4 |     The Clerk shall send a copy of this Order to Mr. Owens.
5 |     DATED this 23rd day of January, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION TO
TEMPORARILY APPOINT COUNSEL - 2