UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYCHAL OWENS,

            Plaintiff,

   v.

JOHN DOE, *et al.*,

            Defendants.

CASE NO. C17-1027-JCC

ORDER

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby ORDER the following:

(1)   The Court adopts Judge Tsuchida's Report and Recommendation.

(2)   Plaintiff's motion for voluntary dismissal (Dkt. 33) is GRANTED, and Defendants' motion for summary judgment (Dkt. 29) is DENIED. This case is DISMISSED without prejudice.

(3)   The Clerk is DIRECTED to send this order to Plaintiff and Judge Tsuchida.

DATED this 7th day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1027-JCC-BAT